# Order

Michigan Supreme Court
Lansing, Michigan

June 30, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136310(97)

ROBERT HUNTER and LORIE HUNTER,
       Plaintiffs-Appellees,

v

TAMMY JO HUNTER,
       Defendant-Appellant,
and

JEFFREY HUNTER,
       Defendant.
_____

SC: 136310
COA: 279862
Oakland CC: 2006-721234-DC

On order of the Chief Justice, the motion by defendant-appellant for leave to file a post-argument brief is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2009

_____
Clerk